**JENNA L. MOONEY, OSB #99324**
jennamooney@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  503-778-5305
Fax: 503-778-5299

Of Counsel to:
**OMAR O. ORTEGA,** *pro hac vice*
omar.ortega@binderlawfirm.com
**LAW OFFICES OF HARRY J. BINDER &
CHARLES E. BINDER, P.C.**
770 The City Drive South, Suite 2000
Orange, CA 92868-3504
Telephone:  714-564-8644
Fax:  714-940-0311

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD WAYNE STOCK,**<br>**(XXX-XX-7174),**<br>　　　　　　　　　**PLAINTIFF,**<br><br>　　v.<br><br>**CAROLYN W. COLVIN, ACTING**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY**<br>　　　　　　　　**DEFENDANT.** | Case No. 3:13-cv-474-TC<br><br>**ORDER REGARDING ATTORNEY**<br>**FEES** |

　　　　Based upon the parties' Stipulation Regarding Attorney Fees, IT IS ORDERED that

Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND

TWO HUNDRED dollars and 00/100's ($5,200.00), and costs under 28 U.S.C. § 1920, in the

amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), subject to the

terms of the above-referenced Stipulation and pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521

(2010).  Any payment shall be delivered to Plaintiff's counsel.


**SO ORDERED:**

Dated: ___5/29/14___


_____
Honorable Thomas M. Coffin
Magistrate Judge

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon  97201 · (503) 241-2300