JENNA L. MOONEY, OSB #99324
jennamooney@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: 503-241-2300
Fax: 503-778-5299

Of Counsel to:
**OMAR O. ORTEGA**, *pro hac vice*
omar.ortega@binderlawfirm.com
**LAW OFFICES OF HARRY J. BINDER &
CHARLES E. BINDER, P.C.**
Attorneys for Gerald Wayne Stock
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
Email: fedcourt@binderlawfirm.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **GERALD WAYNE STOCK,**<br><br>        **PLAINTIFF,**<br><br>v.<br><br>**CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,**<br><br>        **DEFENDANT.** | Case No. 3:13-cv-474-TC<br><br>ORDER REGARDING<br>ATTORNEYS FEES |

### ORDER

The Court, having read the Petition from the attorneys for the Plaintiff in the above entitled case, dated the 5th day of January, 2016 for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $16,747.00, which

represents 25% of the past due benefits awarded to the Plaintiff and his eligible child, to LAW OFFICES OF HARRY J. BINDER AND CHARLES E. BINDER, P.C. Upon receipt of this sum, Counsel for Plaintiff is directed to remit the Equal Access to Justice Act fees of $5,200.00, directly to the Plaintiff.

Entered: 1/20/16

_____
HONORABLE Thomas M. Coffin
United States Magistrate Judge